# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| **DEMTERICUS ALLEN** | **CIVIL ACTION NO. 5:18-0707** |
| | **SECTION P** |
| **VERSUS** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **DEANDRE BELL** | **MAG. JUDGE MARK L. HORNSBY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter, the Report and Recommendation is **ADOPTED IN PART**, and

**IT IS ORDERED, ADJUDGED, AND DECREED** that, to the extent that he seeks dismissal of pending criminal charges, Plaintiff's claims are **DISMISSED** for failure to state a claim upon which relief can be granted pursuant to 42 U.S.C. § 1983.

**IT IS FURTHER ORDERED** that this case is otherwise **ADMINISTRATIVELY CLOSED,** without prejudice to the right of the parties to reopen the proceedings. This Judgment shall not be considered a dismissal or disposition of this matter, other than as indicated above, and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered. Once the state court criminal proceedings have concluded, Plaintiff may file a motion asking this court to re-open the case, and the action will proceed at that time, absent some other bar to suit.

**IT IS FURTHER ORDERED** that, in light of the administrative closure, Plaintiff SHALL NOT file any more documents in this action until the state court proceedings have

concluded.

MONROE, LOUISIANA, this 12th day of September, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE